UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

HAMPDEN, SS

05-30126-MAP

RAMONITA ORTIZ and
KRYSTIN PASSARELL, on behalf of
themselves and all others similarly situated,

                Plaintiffs

v.

SPRINGFIELD HOUSING AUTHORITY,

                Defendant

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance in the above-entitled action as attorney for the defendant Springfield Housing Authority.

Petra I. Cervoni, Esquire
BBO #629278
Springfield Housing Authority
25 Saab Court/P.O. Box 1609
Springfield, MA 01101
(413) 785-4513