UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HAMPDEN, SS

Civil Action 05CV187

CA 05-30126-MAP

RAMONITA ORTIZ and
KRYSTIN PASSARELL, on behalf of
Themselves and all other similarly situated,

Plaintiffs

v.

SPRINGFIELD HOUSING AUTHORITY,

Defendant

MOTION TO REQUEST APPROVAL OF STIPULATION OF DISMISSAL
AND REMOVAL OF CLASS CERTIFICATION

To: Ramonita Ortiz
   Krystin Passarell
   C/O Verna Cristina Sanchez
   Jennifer Derringer
   Western Mass Legal Services
   127 State Street
   Springfield, MA 01103

Now comes the Defendant Springfield Housing Authority and requests this Honorable Court approve the enclosed stipulation of dismissal. As grounds for this petition the defendant states the following:

1. SHA has been working to identify the possible wrongful termination and reinstatement of participants.

2. The parties have met and agreed to the stipulations.

Therefore the Defendant prays to the Honorable Court that the Stipulation govern the course of the litigation until final dismissal.

Dated October 13, 2005

Respectfully submitted,
Petra I. Cervoni
BBO #629278
Springfield Housing Authority
25 Saab Court/P. O. Box 1609
Springfield, MA 01101
(413) 785-4513

Certificate of Service
The undersigned hereby certifies that a true copy of the within Defendant's Nature of Removal was this day serviced upon the Plaintiff by mailing a copy of same or hand delivery to their attorneys Verna Certina Sanchez and Jennifer Derringer, Esq. 127 State Street, Western Mass Legal Services, Springfield, MA 01103.