UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-30126 MAP



| | |
|---|---|
| RAMONITA ORTIZ and<br>KRYSTIN PASSARELL, on behalf of<br>Themselves and all others similarly<br>situated,<br><br>        Plaintiffs<br><br>v.<br><br>SPRINGFIELD HOUSING AUTHORITY,<br><br>        Defendant | MOTION TO<br>DISMISS |

Now comes the defendant SPRINGFIELD HOUSING AUTHORITY and requests that this Honorable Court dismiss the above captioned case. As grounds for his petition, Defendant states that it has complied with all stipulations approved by the Court on October 18, 2005.

The SPRINGFIELD HOUSING AUTHORITY by its Attorney,

Dated April 18, 2006

| Certificate of Service<br>The undersigned hereby certifies that a true copy of the motion was this day serviced upon the Plaintiff by mailing a copy of same or hand delivery to their attorneys Verna Cristina Sanchez and Jennifer Derringer, Esq. 127 State Street, Western Mass Legal Services, Springfield, MA 01103 | Respectfully submitted,<br><br>*/s/ Petra I. Cervoni*<br>Petra I. Cervoni<br>BBO #629278<br>Springfield Housing Authority<br>25 Saab Court/P.O. Box 1609<br>Springfield, MA 01101<br>(413) 785-4513 |